BORGE, RECURRENTE, *v.* EL REGISTRADOR DE GUAYAMA, RECURRIDO.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Guayama, inscribiendo con defectos subsanables un expediente de dominio.

No. 376.—Resuelto en julio 23, 1918.

Resuelto por los fundamentos de la opinión emitida en el caso No. 375, *Rivera v. El Registrador de Guayama,* p. 625.

Abogado del recurrente: *Sr. Manuel A. Rivera.*

El registrador recurrido, Sr. Pedro Gómez Lasserre, no compareció.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.